THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STEVE JORDAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:12-cv-00259 |
| | § | |
| | § | |
| HOBBY LOBBY STORES, INC. | § | |

## NOTICE OF SETTLEMENT

Plaintiff, Steve Jordan, provides this notice to the Court that the above styled case has settled as of March 15, 2013.

Dated:  March 19, 2013

Respectfully submitted,

MANN, TINDEL & THOMPSON
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)

By: _/s/ J. Mark Mann_
**J. Mark Mann**
State Bar No. 12926150
**G. Blake Thompson**
State Bar No. 24042033
**Stacie H. Tandy**
State Bar No. 24042003

-AND-

DON WHEELER
LAW OFFICE OF DON WHEELER
101 Tenaha Street
P.O. Box 1687
Center, Texas 75935
Telephone No.: (936)598-2925
Facsimile No.: (936)598-7024

ATTORNEYS FOR PLAINTIFF