THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STEVE JORDAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:12-cv-00259 |
| | § | |
| | § | |
| HOBBY LOBBY STORES, INC. | § | |

## ORDER OF DISMISSAL

On this day came on to be considered the Motion to Dismiss of Plaintiff Steve Jordan in the above styled and numbered cause, seeking dismissal with prejudice of the claims asserted in said cause by and on behalf of Plaintiff against Defendant, Hobby Lobby Stores, and the Court, after having considered same, is of the opinion and finds that same should in all things be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the claims asserted or assertable herein by and on behalf of Plaintiff Steve Jordan against Defendant, Hobby Lobby Stores, Inc., be dismissed with prejudice and that costs of Court incurred herein shall be paid by the party incurring same.

So ORDERED and SIGNED this 15th day of May, 2013.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE